

# NUMBER 13-19-00205-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

FRANCISCO ESCOBEDO,                                                    Appellant,

v.

STATE OF TEXAS                                                         Appellee.

### On appeal from the 148th District Court
### of Nueces County, Texas.

# ORDER

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

This cause is before the Court on appellant Francisco Escobedo's third motion to extension to file his brief of forty-five days until March 6, 2020.

The Court, having fully examined and considered appellant's third motion for extension of time to file the brief in this cause and the nature of the case, is of the opinion that, in the interest of justice, the motion for extension of time to file the brief should be

granted with order. The Court GRANTS appellant's motion for extension of time but ORDERS appellant's brief to be filed in this cause on or before March 6, 2020. Absent truly exigent circumstances, the Court will not favorably entertain further motions for extension of time in this case. We grant appellant's motion; but instruct appellant that this Court will not grant any further extensions. Should appellant fail to file his brief on time, his appeal will be dismissed. *See* TEX. R. APP. P. 38.8(a)(1).

IT IS SO ORDERED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of January 2020.